**Order entered May 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00150-CR
No. 05-15-00151-CR

**CHRISTOPHER CHARLES BYNUM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-53422-Y, F14-53483-Y**

## ORDER

The Court **REINSTATES** the appeals.

On May 1, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On May 13, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the May 1, 2015 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/      ADA BROWN
          JUSTICE